UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TERRANCE T. WORTHAM,            :
    Plaintiff,               :
                             :
  v.                           :         Case No. 3:10-cv-1127(DJS)
                             :
THERESA LANTZ, et al.,          :
    Defendants.              :

### RULING ON PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

The plaintiff seeks appointment of pro bono counsel in this action pursuant to 28 U.S.C. § 1915. For the reasons set forth below, the plaintiff's motion is denied without prejudice.

The Second Circuit has cautioned the district courts against the "routine appointment of counsel" and reiterated the importance of requiring an indigent to "pass the test of likely merit." Cooper v. A. Sargenti Co., 877 F. 2d 170, 173-74 (2d Cir. 1989). The court explained that "even where the claim is not frivolous, counsel is often unwarranted where the indigent's chances of success are extremely slim." Id. at 171.

The defendants recently filed a motion for summary judgment questioning the merit of the plaintiff's claims. There currently is no evidence in the record supporting the plaintiff's claims. Thus, at this time, the court cannot determine whether the plaintiff's claims possess likely merit.

The plaintiff's motion for appointment of counsel [**Doc. #44**]

is **DENIED** without prejudice to refiling at a later stage of litigation.

    **SO ORDERED** this   20th   day of August 2013, at Hartford, Connecticut.

                               **/s/ Thomas P. Smith**
                               **Thomas P. Smith**
                               **United States Magistrate Judge**